314

Finally, the Motion for Consolidation is **DISMISSED AS MOOT.**

36 A.3d 590

Janet McCLELLAN and William McClellan III, Individually
and as the Representatives of the Estate of Megan
McClellan, Deceased, Respondents

v.

BAYER CORPORATION, Bayer Healthcare LLC, Bayer Health-
care Pharmaceuticals Inc., f/k/a Berlex, Inc., f/k/a Berlex Labo-
ratories, Inc. on its own Behalf and as Successor by Merger to
Bayer Pharmaceuticals Corporation, and Bayer Pharma AG,
f/k/a Bayer Schering Pharma AG, Petitioners.

No. 119 EM 2011.

Supreme Court of Pennsylvania.

Feb. 1, 2012.

*ORDER*

PER CURIAM.

AND NOW, this 1st day of February, 2012, as Petitioners'
Amended Application for Exercise of King's Bench Powers or
Extraordinary Jurisdiction replaced the initial Application for
Exercise of King's Bench Powers or Extraordinary Jurisdic-
tion, the initial Application for Exercise of King's Bench
Powers or Extraordinary Jurisdiction is **DISMISSED.** Addi-
tionally, the Motion for Leave to File Reply Brief and the
Motion for Leave to Supplement Application are **GRANTED.**
Furthermore, the Amended Application for Exercise of King's
Bench Powers or Extraordinary Jurisdiction is **DENIED.**

 

Finally, the Motion for Consolidation is **DISMISSED AS MOOT.**

36 A.3d 590

Stacie **MONEY**, Respondent

v.

**BAYER CORPORATION, Bayer Healthcare LLC, Bayer Healthcare Pharmaceuticals Inc., f/k/a Berlex, Inc., f/k/a Berlex Laboratories, Inc. on its own Behalf and as Successor by Merger to Bayer Pharmaceuticals Corporation, and Bayer Pharma AG, f/k/a Bayer Schering Pharma AG, Petitioners.**

**No. 120 EM 2011.**

Supreme Court of Pennsylvania.

Feb. 1, 2012.

## *ORDER*

PER CURIAM.

**AND NOW,** this 1st day of February, 2012, as Petitioners' Amended Application for Exercise of King's Bench Powers or Extraordinary Jurisdiction replaced the initial Application for Exercise of King's Bench Powers or Extraordinary Jurisdiction, the initial Application for Exercise of King's Bench Powers or Extraordinary Jurisdiction is **DISMISSED.** Additionally, the Motion for Leave to File Reply Brief and the Motion for Leave to Supplement Application are **GRANTED.** Furthermore, the Amended Application for Exercise of King's Bench Powers or Extraordinary Jurisdiction is **DENIED.**